# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

       Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a
COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C., a Colorado corporation;
WILLIAM B. SCHOOLCRAFT, M.D., individually;
LANCE J. GOFF, individually and as a parent and next friend of M.G., a minor;
ELIZABETH TAYLOR, individually and as a parent and next friend of M.G., a minor; and
DOES 1 through 5,

       Defendants.
_____

# ORDER
_____

Upon Defendants' William Schoolcraft, M.D., P.C. d/b/a Colorado Center for Reproductive Medicine, P.C., and William B. Schoolcraft, M.D., individually, Motion to Amend Its Answer to Add Counterclaims (Doc 42 - filed May 1, 2006), Plaintiff's response, and Defendants' Reply, it is

ORDERED that the Motion to Amend is GRANTED.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED: May 18, 2006