**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

        Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
ERIC S. SURREY, M.D., individually;
DEBRA K. MINJAREZ, M.D., individually;
LANCE J. GOFF, individually, and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as parent and next friend of M.G., a minor; and
DOES 1 through 5,

        Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion to Amend Complaint Pursuant to Fed.R.Civ.P. 15(a) to Add Persons Ordered to be Joined Pursuant to Fed.R.Civ.P. 20 (Doc 51 - filed May 31, 2006) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.


Dated:  June 1, 2006
_____