IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C., a Colorado corporation; WILLIAM B. SCHOOLCRAFT, M.D., individually; LANCE J. GOFF, individually and as parent and next friend of M.G., a minor; ELIZABETH S. TAYLOR, individually and as parent and next friend of M.G., a minor,

    Defendants.

_____

### ORDER OF PARTIAL DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion of Dismissal With Prejudice as to Defendant Debra A. Minjarez, M.D. (Doc 80 - filed August 16, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE against Defendant Debra A. Minjarez, M.D. only,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

DATED: August 17, 2006