IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

Plaintiff,

v.

WILLIAM SCHOOLCRAFT, MD., P.C., d/b/a COLORADO CENTER FOR REPRODUCTIVE
MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
LANCE J. GOFF, individually and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as a parent and next friend of M.G., a minor, and
DOES 1 through 5,

Defendants.
_____

**ORDER**
_____

After reviewing the parties' confidential settlement statements, I have determined that conducting a settlement conference at this time would be a waste of resources. In the event the parties disagree with my determination, after consultation among themselves and upon a certification by the parties that they believe a settlement conference could assist them in resolving the case, I will reset the settlement conference for a later date.

IT IS ORDERED that the settlement conference scheduled for **November 3, 2006, at 1:30 p.m.**, is VACATED.

Dated October 30, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge