IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

        Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a COLORADO CENTER FOR
REPRODUCTIVE MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
LANCE J. GOFF, individually, and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as parent and next friend of M.G., a minor; and
DOES 1 through 5,

        Defendants.

_____

ORDER
_____

        This matter is before me on Defendants/Counterclaim Plaintiffs Lance J. Goff's and Elizabeth S. Taylor's Motion for Leave to File Second Amended Counterclaims [Doc # 44 - filed on May 1, 2006], against Plaintiff/Counterclaim Defendant American Economy Insurance Company, related to Goff and Taylor's attempt to seek exemplary damages pursuant to Colo. Rev. Stat. § 13-21-102.  On May 24, 2006, I held this motion in abeyance pending completion of Fed. R. Civ. P. 26(a)(1) disclosures and further briefing on the question of whether Goff and Taylor can demonstrate a triable issue of entitlement to exemplary damages.

Accordingly, it is HEREBY ORDERED that:

1) This Court's Order [Doc #50] holding Defendants/Counterclaim Plaintiffs Lance J. Goff's and Elizabeth S. Taylor's Motion for Leave to File Second Amended Counterclaims in abeyance is VACATED; and

2) Defendants/Counterclaim Plaintiffs Goff and Taylor have **up to and including November 24, 2006,** to file a brief in support of their motion for Leave to File Second Amended Counterclaims [Doc #44];

3) Plaintiff/Counterclaim Defendant American Economy Insurance Company has **up to and including December 8, 2006**, to file a Response thereto; and

4) Defendants/Counterclaim Plaintiffs Goff and Taylor have **up to and including December 22, 2006,** to file a Reply.

Dated:  November   6  , 2006,  in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge