IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

Plaintiff,

v.

WILLIAM SCHOOLCRAFT, MD., P.C., d/b/a COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
LANCE J. GOFF, individually and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as a parent and next friend of M.G., a minor, and
DOES 1 through 5,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

       This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 96, filed November 7, 2006] (the "Motion").

       IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

       The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 6, 2006**;

       The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 19, 2007**.

DATED:  November 8, 2006