IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

Plaintiff,

v.

WILLIAM SCHOOLCRAFT, MD., P.C., d/b/a COLORADO CENTER FOR REPRODUCTIVE
MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
LANCE J. GOFF, individually and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as a parent and next friend of M.G., a minor, and
DOES 1 through 5,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order**
[docket no. 133, filed January 30, 2007] (the "Motion").

        IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a
renewed motion which addresses all remaining scheduling order deadlines, including the
dispositive motion deadline.


DATED:  January 31, 2007