IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

Plaintiff,

v.

WILLIAM SCHOOLCRAFT, MD., P.C., d/b/a COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
LANCE J. GOFF, individually and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as a parent and next friend of M.G., a minor, and
DOES 1 through 5,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Amended Stipulated Motion to Amend Scheduling Order** [docket no. 149, filed February 23, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and discovery is extended for the sole purpose of completing the depositions and written discovery as set out in the motion.

DATED: February 28, 2007