**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
LANCE J. GOFF, individually, and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as parent and next friend of M.G., a minor; and
DOES 1 through 5,

    Defendants.

---

**MINUTE ORDER**
---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Defendants Schoolcraft, M.D., P.C., d/b/a Colorado Center for Reproductive Medicine, P.C., and William B. Schoolcraft, M.D., individually, Unopposed Motion for Order of Clarification (Doc 187 - filed April 3, 2007) is **GRANTED**. CCRM Defendants have through and including April 5, 2007 within which to file its Reply in Support of Joinder in Defendants Goff and Taylor's Motion for Partial Summary Judgment and Response to Plaintiff's Motion for Summary Judgment.

Dated: April 4, 2007