**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY,
an Indiana corporation,

    Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a
COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C.,
a Colorado corporation; WILLIAM B. SCHOOLCRAFT, M.D.,
individually; LANCE J. GOFF, individually and as a parent and next
friend of M.G., a minor; ELIZABETH S. TAYLOR, individually and
as a parent and next friend of M.G., a minor; and DOES 1 through 5,

    Defendants.

---

**DEFENDANTS LANCE J. GOFF AND ELIZABETH S. TAYLOR'S**

**NOTICE OF APPEAL**

---

Notice is hereby given that Defendants Lance J. Goff and Elizabeth S. Taylor ("Goff and Taylor") hereby appeal to the United States Court of Appeals for the Tenth Circuit from the trial court's Memorandum Opinion and Order dated June 5, 207 (Doc. #232) and Judgment entered on June 11, 2007 (Doc. #233) and all rulings and orders subsumed therein.

DATED this 27th day of June, 2007.

                                     Respectfully submitted:

                                     *s/Jeremy A. Sitcoff*
                                     Bradley A. Levin
                                     Michael J. Rosenberg
                                     Jeremy A. Sitcoff
                                     Zachary C. Warzel
                                     ROBERTS LEVIN ROSENBERG PC
                                     1660 Wynkoop, Suite 800
                                     Denver, CO 80202
                                     Telephone: (303) 575-9390
                                     **bal@robertslevin.com**
                                     **mjr@robertslevin.com**
                                     **jas@robertslevin.com**
                                     **zcw@robertslevin.com**

                                     ATTORNEYS FOR DEFENDANTS/
                                     COUNTERCLAIM PLAINTIFFS
                                     Lance J. Goff and Elizabeth S. Taylor

3

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 27th day of June, 2007, a true and correct copy of the foregoing **NOTICE OF APPEAL** was electronically filed with the Clerk of the Court using the CM/ECF system to the following addresses:

Keith D. Lapuyade    lapuyade@godlap.com
Lawrence D. Stone    lstone@duffordbrown.com
Joanne Herlihy    jherlihy@duffordbrown.com
Sue Pray    pray@godlap.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, e-mail, hand-delivery, etc.) indicated by the non-participant's name:

Denise Davis    davis@godlap.com
Tami Lawley    lawley@godlap.com
Kassie Moss    moss@godlap.com
Carol Cook    ccook@duffordbrown.com

                                                *s/ Jeremy A. Sitcoff*