IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  05-cv-01870-LTB-BNB


AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

       Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a COLORADO CENTER FOR
REPRODUCTIVE MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
LANCE J. GOFF, individually, and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as parent and next friend of M.G., a minor; and
DOES 1 through 5,

       Defendants.
_____

ORDER
_____

It is HEREBY ORDERED that Plaintiff American Economy's Motion to Correct And/Or

Clarify Court's June 5, 2007 Memorandum Opinion and Order [**Doc # 234**] is DENIED

WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P.  60(a),  subject to application for leave of

the appellate court by Plaintiff.


Dated: July ___16___, 2007,  in Denver, Colorado.


BY THE COURT:


    ___s/Lewis T. Babcock_____
    Lewis T. Babcock, Judge