IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a COLORADO CENTER FOR
REPRODUCTIVE MEDICINE, P.C., a Colorado Corporation;
WILLIAM B. SCHOOLCRAFT, M.D., individually;
LANCE J. GOFF, individually and as parent and next friend of M.G, a minor;
ELIZABETH S. TAYLOR, individually and as parent and next friend of M.G., a minor;
and DOES 1 through 5,

Defendants.

## STIPULATION REGARDING AMERICAN ECONOMY'S FILING FEE COSTS AND COPY COSTS

Plaintiff, American Economy Insurance Company, by its attorneys, Lawrence D. Stone, Joanne Herlihy, and Christian D. Hammond of Dufford & Brown, P.C.; Defendants William Schoolcraft, M.D., P.C., d/b/a Colorado Center for Reproductive Medicine, P.C., and William B. Schoolcraft, M.D., individually, by their attorneys, Keith D. Lapuyade and Susan Pray of Godfrey & Lapuyade, P.C.; and Defendants Lance J. Goff and Elizabeth S. Taylor, by their attorneys Bradley A. Levin, Jeremy A. Sitcoff, Michael J. Rosenberg, and Zachary C. Warzel of Roberts Levin Rosenberg, P.C., and pursuant to D.C.COLO.LCivR 54.1, hereby stipulate to payment of the following costs incurred by American Economy Insurance Company:

- Filing Fee: $250.00
- Copy Costs: $80.46

{00336544.1}

The parties do not stipulate to American Economy Insurance Company's costs incurred in taking certain depositions, including American Economy Insurance Company's expert witness fees.

Respectfully submitted this 30th day of July, 2007.

s/ Christian D. Hammond
Lawrence D. Stone, #8803
Joanne Herlihy, #17838
Christian D. Hammond, #34271
DUFFORD & BROWN, P.C
1700 Broadway, Suite 2100
Denver, Colorado 80290-2101
Telephone: (303) 861-8013
lstone@duffordbrown.com
jherlihy@duffordbrown.com
chammond@duffordbrown.com

s/ Keith D. Lapuyade
Keith D. Lapuyade, #17209
Susan G. Pray, #12280
GODFREY & LAPUYADE, P.C.
9557 South Kingston Court
Englewood, Colorado 80112-5952
Telephone: (303) 228-0700
lapuyade@godlap.com
pray@godlap.com

s/ Jeremy A. Sitcoff
Bradley A. Levin, #13095
Jeremy A. Sitcoff, #29393
Michael J. Rosenberg, #27471
Zachary C. Warzel, #36546
ROBERTS LEVIN ROSENBERG, P.C.
1600 Wynkoop Street, #800
Denver, Colorado 80202
Telephone: (303) 575-9390
bal@robertslevin.com
jas@robertslevin.com
mjr@robertslevin.com
zcw@robertslevin.com