IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a COLORADO CENTER FOR
REPRODUCTIVE MEDICINE, P.C., a Colorado corporation,
WILLIAM B. SCHOOLCRAFT, M.D., individually,
LANCE J. GOFF, individually, and as a parent and next friend of M.G., a minor,
ELIZABETH S. TAYLOR, individually and as parent and next friend of M.G., a minor; and
DOES 1 through 5,

    Defendants.

_____

ORDER
_____

    This matter is before me following an Order of the United States Court of Appeals for the Tenth Circuit dated August 1, 2007, which granted this court leave to rule on Plaintiff American Economy's Motion to Correct And/Or Clarify Court's June 5, 2007 Memorandum Opinion and Order [**Doc # 234**] pursuant to Fed. R. Civ. P. 60(a).

    In that motion, American Economy asks that the last line of page 14 of my Memorandum Opinion and Order [**Doc # 232**], dated June 5, 2007, be amended. The order states, in relevant part, that the "... specific allegations here do not implicate the productions operations coverage in the CGL policy – ...". American Economy avers that the reference to "productions operations coverage" was intended to refer to the CGL policy's "products-completed operations coverage" and should therefore be amended pursuant to Fed. R. Civ. P. 60(a)(providing that clerical

mistakes in orders "arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party"). Defendants object to the motion on the basis that the chosen language may have been deliberate.

However, upon review, I agree with American Economy. It was my intent to have the last line of page fourteen (14) of my Memorandum Opinion and Order, issued June 5, 2007, read as follows: ". . . specific allegations here do not implicate the products-completed operations coverage in the CGL policy ..." .

ACCORDINGLY, Plaintiff American Economy's Motion to Correct And/Or Clarify Court's June 5, 2007 Memorandum Opinion and Order [**Doc # 234**] – which I previously denied without prejudice subject to leave from the appellate court – is GRANTED pursuant to Fed. R. Civ. P. 60(a) and, as a result, an Amended Memorandum Opinion and Order will issue forthwith consistent with this ruling.

Dated: August 6, 2007,  in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock   
Lewis T. Babcock, Judge