# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-01870-LTB-BNB

AMERICAN ECONOMY INSURANCE COMPANY,
an Indiana corporation,

     Plaintiff,

v.

WILLIAM SCHOOLCRAFT, M.D., P.C., d/b/a
COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C.,
a Colorado corporation; WILLIAM B. SCHOOLCRAFT, M.D.,
individually; LANCE J. GOFF, individually and as a parent and next
friend of M.G., a minor; ELIZABETH S. TAYLOR, individually and
as a parent and next friend of M.G., a minor; and DOES 1 through 5,

     Defendants.

---

## DEFENDANTS/COUNTERCLAIM PLAINTIFF'S LANCE J. GOFF AND ELIZABETH S. TAYLOR'S SECOND AMENDED NOTICE OF APPEAL

---

Notice is hereby given that Defendants/Counterclaim Plaintiffs Lance J. Goff and Elizabeth S. Taylor ("Goff and Taylor") hereby appeal to the United States Court of Appeals for the Tenth Circuit from the trial court's Amended Memorandum Opinion and Order dated August 6, 2007 (Doc. #255), Judgment entered on June 11, 2007 (Doc. #233), Memorandum Opinion and Order dated June 5, 2007 (Doc. #232), and all rulings and orders subsumed therein.

DATED this 15th day of August, 2007.

 Respectfully submitted:

 *s/Jeremy A. Sitcoff*
 Bradley A. Levin
 Michael J. Rosenberg
 Jeremy A. Sitcoff
 Zachary C. Warzel
 ROBERTS LEVIN ROSENBERG PC
 1660 Wynkoop, Suite 800
 Denver, CO 80202
 Telephone: (303) 575-9390
 bal@robertslevin.com
 mjr@robertslevin.com
 jas@robertslevin.com
 zcw@robertslevin.com

 ATTORNEYS FOR DEFENDANTS/
 COUNTERCLAIM PLAINTIFFS
 Lance J. Goff and Elizabeth S. Taylor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2007, a true and correct copy of the foregoing **DEFENDANTS/COUNTERCLAIM PLAINTIFF'S LANCE J. GOFF AND ELIZABETH S. TAYLOR'S SECOND AMENDED NOTICE OF APPEAL** was electronically filed with the Clerk of the Court using the CM/ECF system to the following addresses:

| | |
|---|---|
| Keith D. Lapuyade | lapuyade@godlap.com |
| Lawrence D. Stone | lstone@duffordbrown.com |
| Joanne Herlihy | jherlihy@duffordbrown.com |
| Sue Pray | pray@godlap.com |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, e-mail, hand-delivery, etc.) indicated by the non-participant's name:

| | |
|---|---|
| Denise Davis | davis@godlap.com |
| Tami Lawley | lawley@godlap.com |
| Kassie Moss | moss@godlap.com |
| Carol Cook | ccook@duffordbrown.com |

 *s/ Jeremy A. Sitcoff*

2