**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 16, 2008**

**UNITED STATES COURT OF APPEALS**

**Elisabeth A. Shumaker**
**Clerk of Court**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,<br><br>   Plaintiff-Counter-Defendant - Appellee,<br><br>v.<br><br>WILLIAM SCHOOLCRAFT, M.D., P.C., doing business as Colorado Center for Reproductive Medicine, P.C., a Colorado corporation; WILLIAM B. SCHOOLCRAFT, M.D. individually,<br><br>   Defendants-Counter-Claimants,<br><br>and<br><br>LANCE J. GOFF, individually and as a parent and next friend of M.G., a minor; ELIZABETH S. TAYLOR, individually and as a parent and next friend of M.G., a minor; Does 1 through 5,<br><br>   Defendants-Counter-Claimants - Appellants. | No. 07-1265<br>(D.C. No. 05-CV-1870-LTB-BNB) |

ORDER

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk